# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| RONALD W. HANSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAVAGE ARMS, INC.,<br><br>    Defendant. | No. C17-3002-LTS<br><br>**SETTLEMENT ORDER** |

The court having been advised on August 30, 2019, that the above-captioned case is settled and the parties anticipate no further action other than the filing of a stipulated dismissal,

**IT IS ORDERED**

1. The Clerk of Court is directed to close this case for statistical purposes and remove it from the trial calendar.

2. Closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, must be filed within **thirty (30) days** from the date of this order. If the case has not been dismissed within **thirty (30) days**, and/or counsel have not filed a written status report, this case will be dismissed pursuant to Local Rule 41.1(c).

**IT IS SO ORDERED.**

**DATED** this 3rd day of September, 2019.

_____
Leonard T. Strand, Chief Judge